UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-04023 JAK (JEMx) | Date | May 29, 2020 |
| Title | Jeffrey William Piontek v. Ubtech Robotics Corp., Inc. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS) ORDER REMANDING THIS CASE TO THE LOS ANGELES SUPERIOR COURT (DKT. 14)**

**JS-6: CASE REMANDED**

On February 25, 2020, Jeffrey William Piontek ("Plaintiff") brought this action against Ubtech Robotics Corp. ("Defendant") in the Los Angeles Superior Court. Dkt. 1-2. The Complaint advances five causes of action, each of which arises under California law. *Id.* at 12-17. On May 1, 2020, Defendant removed the action on the basis of diversity jurisdiction. Dkt. 1.

On May 19, 2020, Defendant was Ordered to Show Cause why this action should not be dismissed for lack of subject-matter jurisdiction ("Order to Show Cause" (Dkt. 14)). The Order to Show Cause stated that the Complaint alleged that Plaintiff is a citizen of California, and that Defendant is a California corporation whose principal place of business is in China. The Order to Show Cause stated that, because the Complaint alleged that both Plaintiff and Defendant were California citizens, it appeared that there was not complete diversity. *Id.* at 1-2. Defendant was required to respond to the Order to Show Cause on or before May 26, 2020, and Plaintiff was permitted to file a reply on or before June 1, 2020.

On May 22, 2020, Defendant responded to the OSC and "concede[d] that [the] Court lacks subject matter jurisdiction." Dkt. 15 at 2. Defendant requested that the action be remanded to the Los Angeles Superior Court. *Id.* On May 27, 2020, Plaintiff filed a statement of non-opposition to remand. Dkt. 16. Because there is no subject matter jurisdiction, this action is **REMANDED** to the Superior Court of California, County of Los Angeles, as Case No. 20STCV07884, at the Stanley Mosk Courthouse, 111 N. Hill St., Los Angeles, CA 90012.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | cw | |